# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141817(63)(64)

AMERICAN HOME ASSURANCE COMPANY,
     Plaintiff-Appellant,

v

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION,
     Defendant-Appellee.

SC: 141817
COA: 287153
Oakland CC: 2007-088192-NF

_____/

On order of the Court, the motion to file brief in support of motion for reconsideration is GRANTED. The motion for reconsideration of this Court's February 7, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

d0418